UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 6:20- CR-00001-5-RSB** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| **DANIEL ASBERRY** | ) | |

## ORDER

The Application for Leave of Absence filed by Tina E. Maddox, counsel for Defendant DANIEL ASBERRY, having been considered, good cause being shown, and there being no oposition therto, the Application for Leave of Absence for March 20, 2020; April 6, 2020 through April 10, 2010; May 14, 2010 through May 16, 2020; June 19, 2020 and June 22, 2020; and July 20, 2020 through July 24, 2020, is hereby GRANTED.

This __4th__ day of March, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA